

**Joseph J. Vitale, Partner**
Tel: 212.356.0238
Fax: 646.473.8238
Cell: 917.514.9478
jvitale@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

September 25, 2020

*The application is GRANTED in part. The pre-motion conference scheduled for October 7, 2020, at 10:30 a.m., is **adjourned** to **October 15, 2020, at 10:30 a.m.**, on the following conference call line: 888-363-4749, access code: 558-3333. The time of the conference is approximate but the parties shall be ready to proceed by that time.*

*SO ORDERED*

*Dated: September 28, 2020*
*New York, New York*

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

By Electronic Case Filing

Honorable Lorna G. Schofield
United States District Court
 for the Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  K.D. Hercules, Inc., et al. v. Local 78,
     et al., Civil Action No. 1:20-cv-04829 (LGS)

Dear Judge Schofield:

I write on behalf of defendants Local 78 of the Laborers' International Union of North America ("LIUNA"), and Mason Tenders' District Council of Greater New York ("MTDC"), affiliated with LIUNA (collectively, the "Union") to request the pre-motion conference scheduled yesterday [Docket No. 22] for October 7, 2020 at 10:30 a.m. be adjourned to October 9, 2020, at a time of the Court's convenience.

This is defendants' first request for an adjournment of the conference and is made because the undersigned already has a hearing (in a discharge matter) scheduled for that day. Plaintiff's counsel consents to this request for adjournment and has stated his availability for October 9.

Thank you for your consideration.

Respectfully submitted,

*Joseph J. Vitale*

Joseph J. Vitale

JJV:vlf
cc:   Ioannis Sipsas (by ECF)

9549588.1