UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
K.D. HERCULES, INC. et al.,

                Plaintiffs,

-against-                20 Civ. 4829 (LGS)

LABORERS LOCAL 78 OF THE LABORER'S    ORDER
INTERNATIONAL UNION OF NORTH
AMERICA et al.

                Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants have filed a pre-motion letter for summary judgment (Dkt. No. 56) which Plaintiffs oppose (Dkt. No. 58).

WHEREAS, the case management conference in this matter is scheduled for May 13, 2021, at 10:50 a.m., and the deadline for Plaintiffs to submit a pre-motion letter seeking summary judgment was April 29, 2021. Plaintiffs have not filed a pre-motion letter. It is hereby

**ORDERED** that the May 13, 2021, case management conference is **cancelled**. It is further

**ORDERED** that by **June 1, 2021**, Defendants shall file their motion for summary judgment. By **July 1, 2021**, Plaintiffs shall file their opposition. By **July 8, 2021**, Defendants shall file their reply. All submissions shall be per the Individual Rules.

Dated: May 6, 2021
       New York, New York

                                        LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE