UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
K.D. HERCULES, INC. et al.,

                     Plaintiffs,

-against-

LABORERS LOCAL 78 OF THE LABORER'S
INTERNATIONAL UNION OF NORTH
AMERICA et al.,

                     Defendants.
-------------------------------------------------------------X

20 Civ. 4829 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Plaintiffs filed a number of declarations and accompanying exhibits in support of their Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and Opposition to Defendants' Rule 56.1 Statement of Undisputed Facts.

    WHEREAS, the electronic versions of the exhibits are incomplete and not in the correct order on ECF. It is hereby

    **ORDERED** that by **October 29, 2021**, Plaintiffs shall re-file electronic versions of the supporting declarations and accompanying exhibits cited in their summary judgment briefing. The exhibits must be clearly labeled and appear in numerical order.

Dated: October 26, 2021
       New York, New York

                                                          _____
                                                           LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE