**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
K.D. HERCULES, INC. et al.,

                Plaintiffs,          20 **CIVIL** 4829 (LGS)

     -against-             **JUDGMENT**

LABORERS LOCAL 78 OF THE LABORER'S
INTERNATIONAL UNION OF NORTH
AMERICA et al.,

              Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 24, 2022, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         January 26, 2022

                                          **RUBY J. KRAJICK**

                                              Clerk of Court
                        **BY:**
                                               Deputy Clerk